# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LARIOS RODRIGUEZ,<br><br>    Petitioner,<br><br>  v.<br><br>TIM VIRGA, Warden,<br><br>    Respondent. | Case No. 1:13-cv-00095-AWI-SKO HC<br><br>ORDER DIRECTING<br>PARTIES TO FILE STATUS REPORT<br><br>(Doc. 19) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a change of address in this case and apparently has been released from the custody of the California Department of Corrections and Rehabilitation ("CDCR").

Accordingly, the Court DIRECTS each party to this action to file a status report confirming or denying Petitioner's release from custody, and if Petitioner has been released from CDCR's custody, to set forth its position on whether Petitioner's release renders the petition in this matter moot. Each party shall file its status report within 21 days of the date of this order.

IT IS SO ORDERED.

Dated:  **September 30, 2015**            **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

1