# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LARIOS RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>TIM VIRGA, Warden,<br><br>Respondent. | Case No. 1:13-cv-00095-AWI-SKO HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in Pelican Bay State Prison, Crescent City, California. As a result, Tim Virga, the former warden of California State Prison, Sacramento, no longer has custody of Petitioner. Clark Ducart, Warden of Pelican Bay State Prison, now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Clark Ducart, Warden, Pelican Bay State Prison, as Respondent.

IT IS SO ORDERED.

Dated:   **February 8, 2016**                            **/s/ Sheila K. Oberto**
                                                                              UNITED STATES MAGISTRATE JUDGE

1