UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LARIOS RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>CLARK DUCART, Warden,<br><br>Respondents. | No. 1:13-cv-00095-AWI-SKO  HC<br><br>ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>**(Doc. 29)** |

On April 29, 2016, the Court adopted the findings and recommendations filed by the Magistrate Judge, Doc. 24, entered judgment for Respondent, and declined to issue a certificate of appealability.  Doc. 26. Petitioner filed a notice of appeal in the Ninth Circuit Court of Appeals on May 2, 2016, and moved for a certificate of appealability.

As set forth above, this Court has already issued an order denying a certificate of appealability.  Apparently, Petitioner now intends to seek a certificate of appealability from the U.S. Court of Appeals for the Ninth Circuit.  Pursuant to Federal Rule of Appellate Procedure 22(b) and Circuit Rule 22-1(d), he must submit his motion to the Ninth Circuit after he has filed a Notice of Appeal.  This Court offers no opinion regarding Petitioner's ability to do so in light of the time limitations set forth in F.R.App.P. 22(b) and Circuit Rule 22-1(d).

The motion for this Court's issuance of a certificate of appealability is hereby DENIED.

IT IS SO ORDERED.

Dated:   July 25, 2016                                        _____
                                                                         SENIOR  DISTRICT  JUDGE

1